UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLOYD AARON MARTIN,

    Plaintiff,

v.

Z. BASNETTT, et al.,

    Defendants.

Case No. 17-cv-06263-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Defendants' Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing by this action.

That pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment, judgment is hereby entered against Plaintiff, and in favor of the following Defendants against whom Plaintiff alleged the following claims: (1) his conditions of confinement claim against Defendants Basnett, Contreras, and Burr for the temporary confiscation of his property from December 28, 2016 through January 10, 2017; and (2) his claims against Defendant Scruggs for: (a) withholding mail in February 2017, and (b) retaliation based on withholding Plaintiff's mail.

That pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment, the remaining unexhausted claims in this action be dismissed in accordance with the Court's Order.

And that the parties shall each bear their own costs of action.

Dated: August 5, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge